# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE FOR PLANNING AND ARCHITECTURE, INC. and BRET PETERS, | 1:20-cv-00920 |
| Plaintiffs, | |
| | Hon. John E. Jones III |
| v. | |
| CITY OF HARRISBURG and WALLACE, MONTGOMERY AND ASSOCIATES, LLP, | |
| Defendants. | |

## ORDER

### November 24, 2020

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss, (Doc. 13), is **GRANTED**.

2. Plaintiffs' Motion for Preliminary Injunction, (Doc. 5), is **DENIED AS MOOT**.

3. Plaintiffs' Complaint, (Doc. 1), is **DISMISSED**.

4. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania